```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    VERONICA DRAGALIN (Cal. Bar No. 281370)
 4  Assistant United States Attorney
    Public Corruption & Civil Rights Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0647
 7       Facsimile: (213) 894-0141
         E-mail:    veronica.dragalin@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2018

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,          | No CR18-00625-JAK |
|---|---|
| Plaintiff,                         | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v.                                 | (UNDER SEAL) |
| SCOTT SEO,                         | |
|   aka "Seung Hye Seo,"             | |
|   aka "Scott Hoon Seo," and        | |
| WILBUR M. SALAO,                   | |
|   aka "Will Salao,"                | |
| Defendants.                        | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

DATE 9/21/18

HONORABLE
UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____   _____
DATE                          HONORABLE
                              UNITED STATES MAGISTRATE JUDGE