# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:18-CR-00625          Recorder: CS 10/17/2018          Date: 10/17/2018

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez                 Assistant U.S. Attorney: Veronica Dragalin

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) WILBUR M. SALAO, aka Will Salao<br>BOND-PRESENT | 2) ANTHONY M. SOLIS<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge John A. Kronstadt.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 12/11/2018 at 9:00 AM
    Pre-trial Conference 11/29/2018 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

    A joint report is due on 10/31/2018. The last day to hear motions is 11/29/2018 at 8:30 AM.

    First Appearance/Appointment of Counsel: 00 : 00
    PIA: 00 : 05
    Initials of Deputy Clerk: MR by TRB