NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-625-JAK |
|---|---|
| Plaintiff, | JOINT DISCOVERY REPORT |
| v. | |
| SCOTT SEO, and WILBUR M. SALAO, | |
| Defendants. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendants SCOTT SEO and WILBUR M. SALAO, by and

//
//
//
//
//
//
//

through their respective counsel of record as indicated below, hereby submit the attached joint discovery report.

Dated: October 29, 2018    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

            /s/
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 30, 2018

 /s/ via e-mail authorization
STANLEY L. FRIEDMAN

Attorney for Defendant
SCOTT SEO

Dated: October 29, 2018

 /s/ via e-mail authorization
ANTHONY M. SOLIS

Attorney for Defendant
WILBUR M. SALAO

**DISCOVERY REPORT**

Defendants SCOTT SEO ("SEO") and WILBUR M. SALAO ("SALAO") have been charged with one count of conspiracy, in violation of 18 U.S.C. § 371, four counts of honest services mail fraud, in violation of 18 U.S.C. §§ 1346, 1341, four counts of honest services wire fraud, in violation of 18 U.S.C. §§ 1346, 1343, and defendant SEO has been additionally charged with four counts of bribery concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(2). These charges arise out of an ongoing scheme whereby defendant SEO allegedly paid bribes and kickbacks to defendant SALAO, and defendant SALAO, in turn, took official acts to benefit defendant SEO financially.

Status of Discovery

To date, the government has produced over 5,700 pages of discovery to defendants, as well as numerous audio and video recordings and other native files.  A significant portion of the discovery is subject to a stipulated Protective Order filed by the parties in this case.  In addition, the government has offered to make available dozens of additional audio recordings in the case, as well as more than 3,000 pages of confidential documents obtained from the California Department of Alcoholic Beverage Control.  The government is aware of its ongoing discovery obligations and will continue to comply with them.

Disputes

At this time, there are no discovery disputes.

Anticipated Motions

At this time, the government expects to file motions in limine in advance of trial.  At this time, defendants have not had an opportunity to assess whether any pretrial motions will be filed.

The parties may decide to file other motions as the trial date approaches, and will adhere to the Court's deadlines.

<u>Expected Trial Date</u>

The parties do not expect to proceed on the current trial date of December 11, 2018, in light of the complexity of the case and the amount of discovery, and expect to file a stipulation and proposed order requesting a continuance of the trial date, if a resolution by plea agreement is not reached in advance of the current trial date.

<u>Anticipated Length of Trial</u>

The government estimates five trial days for its case in chief.