UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LA CR18-00625-JAK |
|---|---|
| Plaintiff, | **ORDER RE EX PARTE APPLICATION TO SEAL DOCUMENTS** |
| v. | |
| SCOTT SEO, et al., | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is **GRANTED**. The government's ex parte application for sealed filing and the document shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.

November 16, 2018
DATE

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE