UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>              v.<br><br>SCOTT SEO, et al.,<br><br>         Defendant. | No. LA CR18-00625-JAK<br><br>**ORDER RE EX PARTE APPLICATION TO SEAL DOCUMENTS** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's ex parte application for sealed filing shall be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.

March 15, 2019
DATE

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE