Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
213-489-5923 - Fax
anthonysolislaw@gmail.com

Attorney for Defendant
Wilbur Salao

United States District Court

Central District of California

Western Division

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Wilbur M. Salao,<br><br>　　　　Defendant. | Case No. 18-cr-625-JAK-2<br><br>*Unopposed*<br>Ex Parte Application re Return of Passport |

　　COMES NOW the defendant Wilbur M. Salao, by and through his counsel of record, Anthony M. Solis, and applies to this Court for an order for the return of the defendant's passport.

　　The government does not oppose this request.

DATED: May 31, 2019　　　　　　　Anthony M. Solis
　　　　　　　　　　　　　　　　　A Professional Law Corp.

　　　　　　　　　　　　　　　　　*Anthony M. Solis /s/*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　By: Anthony M. Solis,
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Wilbur M. Salao

---

*Unopposed* Ex Parte Application re Return of Passport

**Declaration of Anthony M. Solis**

Anthony M. Solis declares as follows:

1. I am an attorney at law licensed to practice in this district. I represent the defendant, Wilbur M. Salao, in this matter.

2. Mr. Salao was initially released on bond upon certain conditions, including the surrender of his passport, which was surrendered to the court. See dkt. 24, passport receipt.

3. Mr. Salao has now been sentenced and has surrendered to the Bureau of Prisons. He is currently housed at the BOP facility in Lompoc, California.

4. For the foregoing reasons, it is respectfully requested that the Court order the return of his passport to counsel.

5. Government counsel, AUSA Veronica Dragalin, informed me that the government does not oppose the defendant's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May, 2019 at Calabasas, California.

*Anthony M. Solis /s/*
Anthony M. Solis